# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Demario Monte Thompson, Petitioner.

Appellate Case No. 2017-001992

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Lancaster County
Brian M. Gibbons, Circuit Court Judge

---

Opinion No. 27878
Heard March 28, 2019 – Filed April 3, 2019

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Appellate Defender Joanna K. Delany, of Columbia, for
Petitioner.

Attorney General Alan McCrory Wilson, Senior
Assistant Deputy Attorney General Deborah R.J. Shupe,
both of Columbia, and Solicitor Douglas A. Barfield, Jr.,
of Kershaw, all for Respondent.

---

**PER CURIAM:**  We granted Demario Thompson's petition for a writ of certiorari
to review the decision of the Court of Appeals in *State v. Thompson*, 420 S.C. 386,
803 S.E.2d 44 (Ct. App. 2017).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**